CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

United States District Court
Western District of Virginia
Roanoke Division

Ⓜ

Terrance Trent Batiste,
                    Plaintiff

v.

Correctional Officer Pollard, individually;
Correctional Officer Robbins, individually;
Correctional Officer Price, individually; and,
Correctional Officer Lane, individually,
                    Defendants

7:20Cv258

Case No. (Clerk To Supply)

Preliminary Injunctive Relief Requested

## CIVIL COMPLAINT

The Plaintiff, Terrance Trent Batiste, respectfully commences this action by way of complaint against defendants for violating the Eighth Amendment's Cruel and Unusual punishments clause as interpreted by Hope v. Pelzer, 536 U.S. 730, 737 (2002) (Inflictions of pain that are "totally without penological justification" are necessarily "unnecessary and wanton") (quoting Rhodes v. Chapman, 452 U.S. 337, 346 (1981)) upon the following particulars:

On March 8, 2020, at approximately 9:15 am, plaintiff was escorted to the Special Housing Unit ("SHU") in hand restraints by officers Lane, Robbins, Pollard, and Price at USP Lee Located in Pennington Gap, Virginia. Plaintiff was placed in a holding cell across from the SHU laundry room, and told to get down on his knees by defendants with hand restraints still on. As soon as plaintiff dropped to his knees all four officers began punching and kicking plaintiff in his head, stomach, torso, and back for at least 45 seconds to 1 minute continuously. Plaintiff was then told to stand up, but couldn't, and was then stood up by the defendants against the wall. Defendants Lane and Robbins held plaintiff against the wall while defendant Pollard used a razor knife to cut plaintiff's clothes off. In the process, Pollard sliced open plaintiff above the elbow on his arm.

RECEIVED

APR 3 0 2020

USDC Clerk's Office
Mail Room

Defendants then placed plaintiff in full body restraints (shackles, black box, and chains) that were wrapped so tightly around plaintiff that the chainlinks broke plaintiff's skin, and left easily visible marks/scars on Plaintiff's body where the chains where) until this day. Plaintiff was referred to an outside hospital by USP Lee's Health Services where he received 16 stitches for the wound inflicted by Pollard.

## Relief Requested

Plaintiff respectfully seeks to recover $13,000.00 from Lane, Robbins, and Price in each of their individual capacities in compensatory, exemplary and/or punitive damages. Plaintiff seeks $45,000.00 from Pollard in his individual capacity in compensatory, exemplary, and/or punitive damages. Also, plaintiff seeks a protective order through preliminary injunctive relief that prohibits retaliation by defendants or any other staff at USP Lee for filing this action. A full-blown OIG investigation may be warranted because Plaintiff has heard of several other prisoners similarly situated

## Conclusion

Wherefore plaintiff prays to prevail in this Honorable Court for the above stated also foregoing reasons.

Respectfully Submitted

Date: 04/ /2020    Sign: x Terrance Batiste

Name (print): Terrance Trent Batiste

#: 73119-279

Address: United States Penitentiary
P.U. Box 305
Jonesville, VA. 24263

Terrance Bahtste #73119-279
VSP
P.O. BOX 305
Jonesville, VA. 24263

Legal MAIL

KNOXVILLE TN 377

29 APR 2020  PM 2 L

U.S.A FOREVER

Clerk
U.S. District Court
210 Franklin Road, SW
Suite #540
Roanoke, Virginia 24011-2204

24011-221499



RECEIVED

APR 3 0 2020

USDC Clerk's Office
Mail Room